IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD LANE                                                                                            PLAINTIFF

VS.                                            4:13-CV-00743-BRW

MAHLE ENGINE
COMPONENTS USA, INC.
d/b/a MAHLE, INC.                                                                                  DEFENDANT

## ORDER

Pending is Defendant's Motion to Set Aside Default Judgment (Doc. No. 12). Plaintiff has responded and a hearing was held on March 19, 2014.[1] I find Defendant's failure to appear and timely answer was inadvertent. Accordingly, Defendant's Motion is GRANTED and the Default Judgment entered in this case on March 10, 2014 (Doc. No. 9) is set aside under Federal Rule of Civil Procedure 60(b). Defendant has until 5:00 p.m., Friday, March 28, 2014, to file its answer.

A bench trial is set to commence at 9:00 a.m. on May 13, 2014, in courtroom A401 of the United States Courthouse in Little Rock, Arkansas.

The discovery deadline is Wednesday, April 16, 2014. If either side wishes to conduct discovery beyond this deadline, the parties should feel free to do so as long as both parties agree. If they do not agree, the parties should "meet and confer" -- "telephonically" if desired -- to resolve any discovery disputations. If after they've "met and conferred," the parties cannot resolve a discovery disputation, they should request a phone conference to have me help resolve the disputation.

---

[1] Doc. Nos. 17, 18.

Lastly, the parties' trial briefs are due no later than 5:00 p.m. on April 16, 2014. Responsive briefs are due the following week.

IT IS SO ORDERED this 21st day of March, 2014.

  /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE